UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

6600 PLAZA SQUARE, LLC                                          CIVIL ACTION

VERSUS

CERTAIN UNDERWRITERS AT
LLOYD'S LONDON, ET AL.                          NO. 22-00647-BAJ-SDJ

RULING AND ORDER

This insurance dispute seeks recovery for losses allegedly sustained due to Hurricane Ida. On August 30, 2022, Plaintiffs initiated this action in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana. (Doc. 1-2). On September 16, 2022, Defendants removed Plaintiff's action to this District invoking federal question jurisdiction, asserting that the underlying insurance contract includes an arbitration clause that falls under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 201, *et seq.* (the "Convention"), (Doc. 1). In support, Defendants attached an excerpt of the underlying insurance contract, setting forth the arbitration clause. (Doc. 1-3).

Now, Defendants move to compel arbitration pursuant to the arbitration clause, and to stay this action pending the result of arbitral proceedings. (Doc. 3). Defendants' Motion highlights that this Court has previously stayed a nearly identical action involving essentially the same parties, the same insurance contract, and the same arbitration clause, seeking compensation for alleged losses to the same property resulting from Hurricane Zeta. (*Id.* at p. 2). Plaintiffs do not oppose Defendants' Motion.

Absent any opposition from Plaintiffs, the Court sees no reason to depart from its prior reasoning, and determines that Plaintiff's Hurricane Ida claims also must first proceed to arbitration in accordance with the Convention, before Plaintiffs may seek relief here. Accordingly, for essentially the same reasons set forth in the Court's June 15, 2022 order compelling arbitration and staying proceedings in the action styled *6600 Plaza Square, LLC, et al. v. Certain Underwriters at Lloyd's London, et al.*, No. 3:21-cv-00649-JWD-EWD, Doc. 25 (M.D. La.),

**IT IS ORDERED** that Defendants' **Motion To Compel Arbitration And Stay Proceedings (Doc. 3)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **STAYED** and **ADMINISTRATIVELY CLOSED**, pending the outcome of the arbitral proceedings contemplated herein.

**IT IS FURTHER ORDERED** that the parties shall each file a joint status report, not less than once every three months, regarding the progress of their arbitral proceedings.

**IT IS FURTHER ORDERED** that immediately upon the conclusion of the arbitral proceedings, Plaintiffs shall file a motion to lift the stay set forth herein. Alternatively, if after the conclusion of all arbitral proceedings Plaintiffs determine not to proceed with this litigation, Plaintiffs shall immediately file a notice of dismissal consistent with the requirements of Federal Rule of Civil Procedure 41.

**IT IS FURTHER ORDERED** that the **Motion To Dismiss (Doc. 6)** submitted by Defendant AmRisc, LLC be and is hereby **TERMINATED AS**

**PREMATURE**, without prejudice to AmRisc's right to re-submit its Motion pending

the conclusion of the arbitral proceedings.

Baton Rouge, Louisiana, this 4th day of April, 2023

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**